FORM 8. Entry of Appearance
Form 8
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Well Luck Company, Inc.     v.     United States

No. 17-1816

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: Well Luck Company, Inc.
  Name of party

I am, or the party I represent is (select one):
- ☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☐ Cross Appellant
- ☒ Appellant  ☐ Appellee  ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☐ Petitioner or appellant  ☐ Respondent or appellee

| | |
|---|---|
| Name: | Luis F. Arandia, Jr. |
| Law Firm: | Givens & Johnston, PLLC |
| Address: | 950 Echo Lane, Suite 360 |
| City, State and Zip: | Houston, TX 77024 |
| Telephone: | (713) 932-1540 |
| Fax #: | (713) 932-1542 |
| E-mail address: | larandia@givensjohnston.com |

Statement to be completed by counsel only (select one):
- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/11/2016

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date Mar 27, 2017     Signature of pro se or counsel /s/ Luis Arandia

cc: _____

## **CERTIFICATE OF SERVICE**

Luis F. Arandia, Jr. hereby certifies under penalty of perjury that on this 27th day of March, 2017, a copy of the foregoing Entry of Appearance for Plaintiff-Appellant, Well Luck Company, Inc., was filed electronically.

This filing was served electronically to all parties by operation of the Court's electronic filing system.

/s/ Luis F. Arandia, Jr.